MICHAEL J. LEVANGIE, State Bar # 160163
GARY A. CAMPI, State Bar # 218341
**LEVANGIE LAW GROUP**
2021 N Street
Sacramento, CA 95811
Tel: (916) 443-4849
Fax: (916) 443-4855

Attorneys for Plaintiffs
ROBIN L. DOBBEL and JONATHAN K. DOBBEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN L. DOBBEL, JONATHAN K. DOBBEL,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION; LIBERTY MUTUAL HOLDING COMPANY INC.; LIBERTY MUTUAL INSURANCE COMPANY; ANDI SHAFFER; and DOES 1 through 50, inclusive.<br><br>Defendants. | CASE NO. 2:17-cv-02114-MCE-EFB<br><br><br>ORDER APPROVING MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER |

Pursuant to the stipulation between the parties (ECF No. 38), and for good cause appearing, the Court orders the Initial Pretrial Scheduling Order ("PTSO") (ECF No. 2) in civil action number 2:17-cv-02114-MCE-EFB titled <u>Robin L. Dobbel, Jonathan K Dobbel v. Liberty Insurance Corporation, et al.</u>, to be modified as follows:

    a.    The following language from the second paragraph of section "II. DISCOVERY" at 2:17–18 is stricken: "All discovery, with exception of expert discovery, shall be

---

1

Stipulation and Order Approving Modification of Initial Pretrial Scheduling Order

4816-5292-9665.1

completed no later than three hundred sixty-five (365) days from the date the federal case was opened."

b. The above stricken language shall be replaced with the following: "All discovery, with the exception of expert discovery, shall be completed no later than 270 days after the date the final Answer is filed by any remaining Defendant(s) following the Court's ruling on Plaintiffs' Motion to Remand and Defendants' Motion to Dismiss the Second Amended Complaint."

c. All other date deadlines included within the PTSO shall be calculated based upon the new discovery deadline.

d. Should the matter be remanded to state court, state court rules shall be followed to determine discovery and all other time deadlines.

IT IS SO ORDERED.

Dated: December 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE