ROPERS, MAJESKI, KOHN & BENTLEY
PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:		pamela.cogan@rmkb.com
blake.russum@rmkb.com

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN L. DOBBEL and JONATHAN K. DOBBEL,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION; LIBERTY MUTUAL HOLDING COMPANY, INC.; LIBERTY MUTUAL INSURANCE COMPANY; ANDI SHAFFER and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02114-MCE-EFB<br><br>***AMENDED* ORDER APPROVING MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

FOR GOOD CAUSE APPEARING, the Court orders the Pretrial Scheduling Order to be modified as follows:

a.  The following language is stricken from Paragraph 14, section "b" at pg 5:17-22, Docket Document 54: "All discovery, with exception of expert discovery, shall be completed no later than 270 days after the date the final Answer is filed by any Defendant Liberty Insurance Corporation following the Court's ruling on the Motion to Dismiss the Third Amended Complaint."

///

b. The above stricken language shall be replaced with the following: "All discovery, with the exception of expert discovery, shall be completed no later than 120 days after the entry of this Order."

c. All other date deadlines included within the Initial Pretrial Scheduling Order shall be calculated based upon the new discovery deadline.

d. The previously filed Stipulation and Proposed Order (ECF Nos. 60 and 61) are DENIED as moot.

IT IS SO ORDERED.

Dated: July 8, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE