ANN EMANUELS (SBN 134066)
**LEVANGIE LAW GROUP**
2021 N Street
Sacramento, CA 95811
Tel: (916) 443-4849
Fax: (916) 443-4855

Attorneys for Plaintiffs
ROBIN L. DOBBEL and JONATHAN K. DOBBEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN L. DOBBEL and JONATHAN K. DOBBEL,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION; LIBERTY MUTUAL HOLDING COMPANY INC.; LIBERTY MUTUAL INSURANCE COMPANY; ANDI SHAFFER; and DOES 1 through 50, inclusive.<br><br>Defendants. | CASE NO. 2:17-CV-02114-MCE-JDP<br><br>**STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL**<br><br>**[Fed. R. Civ. Pro. Rule 41(a)(1)(ii)]** |

Plaintiffs ROBIN L. DOBBEL and JONATHON K. DOBBEL and Defendants LIBERTY INSURANCE CORPORTATION hereby stipulate pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: October 12, 2020         **LEVANGIE LAW GROUP**

                    By: *Ann Emanuels*
                        ANN EMANUELS
                        Attorneys for Plaintiffs
                        ROBIN L. DOBBEL and
                        JONATHAN K. DOBBEL

1
**STIPLUATION AND ORDER FOR DISMISSAL**

DATED:   October 12, 2020           **ROPERS MAJESKI PC**

By: *Blake J. Russum*
BLAKE J. RUSSUM
Attorney for all Defendant
LIBERTY INSURANCE CORPORATION

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties for Voluntary Dismissal, the Court having reviewed the Stipulation, **IT IS HEREBY ORDERED THAT:**

1. The above-captioned matter is DISMISSED with prejudice;
2. Each party shall bear its own costs and attorney's fees in connection with this action; and
3. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  December 21, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE